**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**


| | | |
|---|---|---|
| **CAPITAL ONE BANK,** | : | **Case No.  1:07CV3252** |
| | : | |
| **Plaintiff,** | : | **JUDGE O'MALLEY** |
| | : | |
| **v.** | : | |
| | : | |
| **STEPHANIE FINDISH,** | : | <u>**ORDER**</u> |
| | : | |
| **Defendant/Third-Party Plaintiff** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **CAPITAL ONE FINANCIAL** | : | |
| **CORPORATION, et al.,** | : | |
| | : | |
| **Third-Party Defendants.** | : | |


For the reasons set forth in this Court's memorandum and order of this date, the action is hereby

**REMANDED** to the Oberlin Municipal Court and this case is hereby **DISMISSED**.  Ms. Findish's

Motion to Dismiss (Doc. No. 5) without prejudice is **DENIED** as moot.

      **IT IS SO ORDERED.**

                                        <u>s/Kathleen M. O'Malley</u>
                                        **KATHLEEN McDONALD O'MALLEY**
                                        **UNITED STATES DISTRICT JUDGE**

DATED:  November 8, 2007